### IN THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| JOHNNY L. HANEY, | : | Case No. 3:18-cv-00136-WHR |
| | : | |
| Plaintiff, | : | Judge Walter H. Rice |
| | : | |
| v. | : | **STIPULATION OF DISMISSAL** |
| | : | **WITH PREJUDICE** |
| CITY OF SPRINGFIELD, OHIO, et al., | : | |
| | : | |
| Defendants. | : | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties stipulate to the dismissal of all claims filed this action with prejudice.  With the understanding that no deposition costs will be taxed as court costs, costs shall be paid by Defendant City of Springfield.

                     Respectfully submitted,

/s/ Bradley D. Anderson
Bradley D. Anderson (0061325)
Kevin M. Darnell (0095952)
RION, RION & RION, L.P.A., INC.
130 W. Second St., Suite 2150
Dayton, OH 45402
Phone: (937) 223-9133
Fax: (937) 223-7540
banderson@rionlaw.com
kdarnell@rionlaw.com

Attorneys for Plaintiff Johnny L. Haney

/s/ Robert J. Byrne
Robert J. Byrne (0040299)
Assistant Attorney General
150 E. Gay St., 21st Floor
Columbus, Ohio 43215-3130
Robert.byrne@ohioattorneygeneral.gov
Attorney for State of Ohio,
Department of Medicaid

/s/ Jerome M. Strozdas
Jerome M. Strozdas (0003263)
City of Springfield Law Director
76 East High Street
Springfield, Ohio 45502
Phone: (937) 324-7352
Fax: (937) 328-3416
jstrozdas@springfieldohio.gov

/s/ W. Charles Curley
W. Charles Curley (0007447)
Weston Hurd LLP
10 W. Broad St., Suite 2400
Columbus, Ohio 43215
Phone: (614) 280-0200
Fax: (614) 280-0204
wcurley@westonhurd.com

Attorneys for Defendants City of Springfield, Cassidy Cantrell, and Justin Massie

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically on the 11th day of February 2019, in accordance with the Court's electronic filing guidelines.  Service on all parties of record will be made through the Court's Electronic Filing System in accordance with Fed. R. Civ. P. 5(b)(2)(E).  The parties may also access this filing through the Court's Electronic Filing System.

/s/ W. Charles Curley
W. Charles Curley (0007447)